UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Developers Surety and Indemnity Company,

    Plaintiff,

vs.              Case No. 3:09-cv-600-J-25MCR

Quality Touch Concrete, Inc., et al.,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Extension of Time for Service of Process (Doc. 4) filed October 5, 2009. On July 2, 2009, Plaintiff filed its Complaint against Defendants in this Court. (Doc. 1). On that same day, this Court issued summons as to Defendants Quality Touch Concrete, Inc., Cecil N. Wiseman, Jr., Kamy L. Wiseman, and Cecil Wiseman, Sr. The current deadline to effectuate service is October 27, 2009. Plaintiff has made several attempts to serve Defendants at their respective last known addresses, but to no avail. Plaintiff requests an additional ninety days, from October 27, 2009, within which to effectuate service of process upon Defendants.

  Rule 4(m) of the Federal Rules of Civil Procedure states in relevant part that "[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint . . . [and,] if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period." In the instant

case, the Court finds Plaintiff has demonstrated good cause sufficient to warrant an extension of time.  See Zachery v. Thigpen, 895 F. Supp. 1472, 1474 (M.D. Ala. 1995) (citations omitted) (noting, "courts have found that factors outside a plaintiff's control, such as sudden illness, natural catastrophe or evasion of service of process," satisfy the "good cause" requirement of Rule 4(m)).  However, the Court believes Plaintiff has failed to show sufficient need for such a large extension.  As such, the Court will grant Plaintiff an extension of time until December 16, 2009 in which to perfect service upon Defendants.

Accordingly, after due consideration, it is

**ORDERED**:

1. Plaintiff's Motion for Extension of Time for Service of Process (Doc. 4) is **GRANTED in part**.

2. Plaintiff shall have an extension of time until **Wednesday, December 16, 2009** in which to perfect service upon Defendants Quality Touch Concrete, Inc., Cecil N. Wiseman, Jr., Kamy L. Wiseman, and Cecil Wiseman, Sr.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  7th  day of October, 2009.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party